1  Glenn R. Kantor, State Bar No. 122643
      E-mail: gkantor@kantorlaw.net
2  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
3  Northridge, CA 91324
   Telephone:  (818) 886-2525
4  Facsimile:   (818) 350-6272

5  Attorneys for Plaintiff,
   MARK ANTHONY BLOMMER
6

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  Mark Anthony Blommer,            )     CASE NO: CV 09-0372 JSW
                                     )
12                                   )
            Plaintiff,               )
13                                   )     PROOF OF SERVICE OF
                                     )     SUMMONS AND COMPLAINT
14     VS.                           )     VIA CERTIFIED MAIL RETURN
                                     )     RECEIPT REQUIRED PURSUANT
15                                   )     TO CALIFORNIA CODE OF CIVIL
   METROPOLITAN LIFE INSURANCE )           PROCEDURE SECTION 415.40 AS
16  COMPANY; GMAC MORTGAGE          )      ADOPTED UNDER F.R.C.P. RULE
   GROUP LONG TERM DISABILITY        )     4(h)(1)
17  PLAN,                            )
                                     )
18                                   )
            Defendants.              )
19  _____ )

20

21         I, Denise Anderson, hereby declare that, on February 2, 2009 I served

22  Defendant GMAC Mortgage Group Long Term Disability Plan with the Summons,

23  Complaint, Notice of Interested Parties, Assignment of Magistrate Notice to Counsel,

24  Optical Scanning Enrollment Form, Notice to Parties of ADR Pilot Program/ADR

25  Pilot Program Questionnaire, Clerk's Office Services for Attorneys and the General

26  Public and United States District Court Civility and Professionalism Guidelines

27  pursuant to California Code of Civil Procedure § 415.40 as allowed for and adopted

28  under F.R.C.P. Rule 4(h)(1), by mailing said documents to the above-named

                                      1

1  Defendant at 100 Witmer Road, Horsham, PA 19044 via first class mail, with postage

2  prepaid and requiring a return receipt.  The certificate of service was signed by G.

3  Merchiondo and dated February 5, 2009.  Service shall be deemed complete on the

4  tenth day after this mailing.

5      I declare the above under the penalty of perjury under the laws of the United

6  States of America.  Executed this 10th day of February 10, 2009 at Northridge,

7  California.

8

9  DATED: February 10, 2009                    KANTOR & KANTOR LLP

10

11                                         By: *s/ Denise Anderson*
                                              Denise Anderson
12                                            Paralegal

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

HORSHAM PA

FEB 05 2009

RECEIVED

FEB 0 9 2009

Rosemarie Lindner
Kantor & Kantor
19839 Nordhoff St.
Northridge, CA   91324

Blommer

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☑ Agent  ☐ Addressee<br><br>B. Received by (Printed Name)   C. Date of Delivery  2/5 |
| 1. Article Addressed to:<br><br>GMAC Mortgage Group<br>Agent for Service of Process<br>100 Witmer Rd.<br>Horsham, PA   19044<br><br>Blommer | D. Is delivery address different from item 1?  ☐ Yes<br>    If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number  (Transfer from    7008 1140 0000 2820 4133 | |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540