1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  RYAN L. HARRISON  Bar No. 230584
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for Defendants
6  Metropolitan Life Insurance Company;
   GMAC Mortgage Group Long Term Disability Plan
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Anthony Blommer,<br><br>    Plaintiff,<br><br>v.<br><br>Metropolitan Life Insurance Company;<br>GMAC Mortgage Group Long Term<br>Disability Plan,<br><br>    Defendants. | CASE NO. CV 09-0372 JSW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER SELECTING ADR PROCESS** |

Counsel for plaintiff and defendants report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in private mediation.

DATED: April 29, 2009      SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Ryan L. Harrison
    Rebecca A. Hull
    Ryan L. Harrison
    Attorneys for Defendants
    METROPOLITAN LIFE INSURANCE COMPANY;
    GMAC MORTGAGE GROUP LONG TERM
    DISABILITY PLAN

DATED: April 23, 2009      KANTOR & KANTOR, LLP

By: /s/ Glenn R. Kantor (as authorized April 23, 2009)
    Glenn R. Kantor
    Attorneys for Plaintiff
    MARK ANTHONY BLOMMER

### ORDER

Pursuant to the Stipulation above, the parties will participate in private mediation.

IT IS SO ORDERED. The parties shall include a deadline by which private mediation shall be completed in the joint case management conference statement due on May 1, 2009.

Dated: April 29, 2009

_____
UNITED STATES DISTRICT COURT JUDGE