**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK A. BLOMMER,

      Plaintiff,

v.

METROPOLITAN LIFE INSURANCE CO.,

      Defendant.

_____/

No. C 09-00372 JSW

**ORDER REQUIRING STATUS REPORT**

      On August 3, 2009, this Court received a Certification of ADR Session, which stated that the parties had fully resolved this matter during mediation. There has been no further activity in this case, and the parties have not yet dismissed the action. Accordingly, the parties are HEREBY ORDERED to submit a joint status report to the Court regarding the status of settlement and the date on which they anticipate filing a dismissal. The parties' status report shall be due on October 30, 2009.

      **IT IS SO ORDERED.**

Dated: October 20, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE