Glenn R. Kantor, Esq. SBN: 122643
 E-Mail: ggkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272
Attorneys for Plaintiff, Mark Blommer

Rebecca A. Hull Bar No. 99802
 E-mail: rebecca.hull@sdma.com
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Attorneys for Defendants Metropolitan Life Insurance Company;
GMAC Mortgage Group Long Term Disability Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Anthony Blommer,<br><br>         Plaintiff,<br><br>     VS.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; GMAC MORTGAGE GROUP LONG TERM DISABILITY PLAN,<br><br>         Defendants. | CASE NO: CV 09-0372 JSW<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE |

Following settlement of this matter, Plaintiff Mark Blommer, and Defendants Metropolitan Life Insurance Company and GMAC Mortgage Group Long Term Disability Plan, by and through their respective counsel of record, hereby stipulate that

---

Stipulation and Proposed Order Dismissing Action with Prejudice

1

this action shall be dismissed with prejudice, each party to bear its own costs, expenses and attorney's fees.

DATED: January 7, 2010     KANTOR & KANTOR, LLP
                           /S/ Glenn R. Kantor
                           GLENN R. KANTOR
                           Attorney for Plaintiff
                           Mark Blommer

DATED: January 7, 2010     SEDGWICK, DETERT, MORAN & ARNOLD LLP

                           /S/   Rebecca A. Hull
                           REBECCA A. HULL
                           Attorney for Defendants
                           Metropolitan Life Insurance Company and
                           GMAC Mortgage Group Long Term Disability Plan

**ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all Defendants. Each party shall bear its own fees and costs.

DATED: January 7, 2010     _____
                           HONORABLE JEFFREY S. WHITE
                           UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order Dismissing Action with Prejudice

2